IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDELA CORPORATION, ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> PALOMAR MEDICAL TECHNOLOGIES, ) <br> INC. ) <br> ) <br> *Defendant.* ) <br> ) | MISCELLANEOUS DOCKET <br> NO. _____ <br><br> 08CV949 <br> JUDGE NORGLE <br> MAG. JUDGE DENLOW |

FILED
FEB 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## PLAINTIFF CANDELA CORPORATION'S RULE 7.1 AND LOCAL RULE 3.2(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.4 of the Local Rules of the Northern District of Illinois, the undersigned counsel for Plaintiff Candela Corporation (a nongovernmental corporate party) certifies that Candela Corporation is not an affiliate or parent of any Corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation.

DATED: February 11, 2008

Respectfully submitted,

Robert A. Cote
New York State Bar No. 2331957
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9402
Telecopier: (212) 402-9444
rcote@mckoolsmith.com
*One of the attorneys for Plaintiff*

1

Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
Craig Tolliver
Texas State Bar No. 24028049
ctolliver@mckoolsmith.com
John M. Shumaker
Texas State Bar No. 24033069
jshumaker@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744