IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CANDELA CORPORATION, | ) | |
| | ) | |
| *Plaintiff,* | ) | MISCELLANEOUS DOCKET |
| | ) | NO. _____ |
| v. | ) | |
| | ) | 08CV949 |
| PALOMAR MEDICAL TECHNOLOGIES, | ) | JUDGE NORGLE |
| INC. | ) | MAG. JUDGE DENLOW |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

### NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that on February 27, 2008 at 2:30 PM, or on a date and at a time to be designated by the Court, we shall appear before this Court at the United States Courthouse for the Northern District of Illinois, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and we shall then and there present **Plaintiffs' Motion to Compel Dr. Stanley Kovak to Produce Subpoenaed Documents**, a copy of which is hereby served upon you.

DATED:  February 12, 2008

Respectfully submitted,

*[signature]*

Robert A. Cote
New York State Bar No. 2331957
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9402
Telecopier: (212) 402-9444
rcote@mckoolsmith.com
*One of the attorneys for Plaintiff*

1

Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
Craig Tolliver
Texas State Bar No. 24028049
ctolliver@mckoolsmith.com
John M. Shumaker
Texas State Bar No. 24033069
jshumaker@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I filed the foregoing **Notice of Plaintiffs' Motion and Motion to Compel Dr. Stanley Kovak to Produce Subpoenaed Documents, Notice of Filing, Declaration of Craig N. Tolliver and Exhibits in Support of Motion to Compel, Civil Cover Sheet, and Plaintiff Candela Corporation's Rule 7.1 and Local Rule 3.2(a) Corporate Disclosure Statement** with the Clerk of the Court for the Northern District of Illinois via FEDEX Express Service;

and I further certify that on the same date, the foregoing was sent via FEDEX Express Service to:

David J. Beck, Esq.
Timothy A. Cleveland
BECK REDDEN & SECREST L.L.P.
One Houston Center
1221 McKinney Street, Suite 4500
Houston, TX 77010-2020
Tel.: (713) 951-3700

John T Gutkoski
Michelle A. Flores
Stephen D. Riden
FOLEY & LARDNER, LLP
111 Huntington Ave
Boston, MA 02199
Tel.: (617) 342-4000

Debra D. Nye
FOLEY & LARDNER LLP
11250 El Camino Real, Suite 200
San Diego, CA 92130
Tel.: (858) 847-6730

_____
Robert A. Cote
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9402
Telecopier: (212) 402-9444
rcote@mckoolsmith.com
*One of the attorneys for Plaintiff*