**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2008, I electronically filed the foregoing **Dr. Stanley Kovak's Opposition to Plaintiffs' Motion to Compel** by using the CM/ECF system, which sent a notice of electronic filing to the following:

    Robert A. Cote
    McKool Smith P.C.
    399 Park Avenue, Suite 3200
    New York, NY 10022

                                        /s/ Daniel A. Dingerson
                                        Daniel A. Dingerson
                                        FOLEY & LARDNER LLP
                                        321 N. Clark St., Suite 2800
                                        Chicago, IL 60610-4764
                                        (312) 832-4500
                                        (312) 832-4700 FAX