### **CERTIFICATE OF SERVICE**

    I hereby certify that on February 26, 2008, I electronically filed the foregoing **Declaration of Dr. Stanley Kovak** by using the CM/ECF system, which sent a notice of electronic filing to the following:

>Robert A. Cote
>McKool Smith P.C.
>399 Park Avenue, Suite 3200
>New York, NY 10022

               /s/ Daniel A. Dingerson
               Daniel A. Dingerson
               FOLEY & LARDNER LLP
               321 N. Clark St., Suite 2800
               Chicago, IL 60610-4764
               (312) 832-4500
               (312) 832-4700 FAX