## CERTIFICATE OF SERVICE

        I hereby certify that on February 26, 2008, I electronically filed the foregoing **Dr. David Van Dam's Opposition to Plaintiffs' Motion to Compel** by using the CM/ECF system, which sent a notice of electronic filing to the following:

        Robert A. Cote
        McKool Smith P.C.
        399 Park Avenue, Suite 3200
        New York, NY 10022

        /s/ Daniel A. Dingerson
        Daniel A. Dingerson
        FOLEY & LARDNER LLP
        321 N. Clark St., Suite 2800
        Chicago, IL 60610-4764
        (312) 832-4500
        (312) 832-4700 FAX