UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Candela Corporation, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> Palomar Medical Technologies, Inc., ) <br> ) <br> Defendants. ) <br> ) | Case No. 08 CV 949 <br><br> Judge Charles R. Norgle, Sr. <br><br> Mag. Judge Morton Denlow |

## NOTICE OF FILING

TO:  Robert A. Cote
     McKool Smith P.C.
     399 Park Avenue, Suite 3200
     New York, NY 10022

PLEASE TAKE NOTICE THAT ON February 26, 2008, the undersigned counsel for subpoena respondents Dr. Stanley Kovak and Dr. David Van Dam, filed with the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, an Application for Leave to Appear Pro Hac Vice on behalf of Stephen D. Riden, a copy of which is attached and hereby served on you.

CHIC_1976927.1

Dated: February 26, 2008

Respectfully submitted,

  /s Daniel A. Dingerson
Daniel A. Dingerson, IL Bar No. 6282754
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312.832.4500
312.832.4700

Stephen D. Riden, MA Bar No. 644451
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199-7610
617.342.4000
(*pending approval of Pro Hac Vice application*)

*Attorneys for Respondents to Subpoenas, Stanley Kovak, M.D., and David Van Dam, M.D.*