## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CANDELA CORPORATION, | ) |
| *Plaintiff*, | )   **1:08-CV-949** |
| v. | ) **Mag. Judge Morton Denlow** |
| PALOMAR MEDICAL TECHNOLOGIES, INC. | ) |
| *Defendant*. | ) |

### *RE*-NOTICE OF MOTION

To:   See Attached Certificate of Service

On March 4 this matter was referred by Judge Norgle to Magistrate Judge Denlow. PLEASE TAKE NOTICE that on March 12, 2008 at 9:15 AM, or on a date and at a time to be designated by the Court, we shall appear before this Court at the United States Courthouse for the Northern District of Illinois, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, and we shall then and there present **Plaintiffs' Motion to Compel Dr. Stanley Kovak to Produce Subpoenaed Documents**, a copy of which was served upon you on February 13, 2008.

DATED: March 7, 2008                                      Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　   /s/ Robert A. Cote
　　　　　　　　　　　　　　　　　　　　　　　　　　Robert A. Cote
　　　　　　　　　　　　　　　　　　　　　　　　　　New York State Bar No. 2331957
　　　　　　　　　　　　　　　　　　　　　　　　　　MCKOOL SMITH P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　399 Park Avenue, Suite 3200
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY  10022
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 402-9402
　　　　　　　　　　　　　　　　　　　　　　　　　　Telecopier: (212) 402-9444
　　　　　　　　　　　　　　　　　　　　　　　　　　rcote@mckoolsmith.com

1

*One of the attorneys for Plaintiff*

Pierre Hubert
Texas State Bar No. 24002317
phubert@mckoolsmith.com
Craig Tolliver
Texas State Bar No. 24028049
ctolliver@mckoolsmith.com
John M. Shumaker
Texas State Bar No. 24033069
jshumaker@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2008, I filed the foregoing **Re-Notice of Plaintiffs' Motion** with the Clerk of the Court for the Northern District of Illinois electronically

and I further certify that on the same date, the foregoing was served via ECF on counsel of record and sent via email delivery to:

Stephen D. Riden
FOLEY & LARDNER, LLP
111 Huntington Ave
Boston , MA  02199
Tel.: (617) 342-4000
Email: sriden@foley.com

        /s/ Robert A. Cote
Robert A. Cote
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY  10022
Telephone: (212) 402-9402
Telecopier: (212) 402-9444
rcote@mckoolsmith.com
*One of the attorneys for Plaintiff*