# McKool Smith

A PROFESSIONAL CORPORATION • ATTORNEYS
399 Park Avenue
Suite 3200
New York, New York 10022

Robert A. Cote
Direct Dial: (212) 402-9402
rcote@mckoolsmith.com

Telephone: (212) 402-9400
Toll Free: (888) 978-0212
Telecopier: (212) 402-9444

March 11, 2008

Honorable Morton Denlow
United States District Court
   For the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Candela Corporation v. Palomar Medical Technologies 1:08-cv-00949

Dear Judge Denlow:

For the motion hearing scheduled for tomorrow morning, I am writing to bring to the Court's attention three recent developments from other jurisdictions that relate to Plaintiffs motions to compel against Dr. Kovak and Dr. Van Dam. The attached exhibits are intended to support Plaintiff's Motion to Compel and are not intended as an amendment thereto.

First, on February 26, 2008, the Eastern District of Virginia issued an order attached hereto as Exhibit A.

Second, on February 27, 2008, the District of Massachusetts issued an order attached hereto as Exhibit B.

Third, on March 4, 2008, the Eastern District of Pennsylvania conducted a hearing during which the court, which had before it the various orders from the other courts, instructed the parties to file with the court a proposed order that used the Eastern District of Virginia order as a model. The proposed order jointly filed with the court is attached hereto as Exhibit C.

Sincerely,

*Robert A Cote*

Robert A. Cote

RAC:ltl

cc: Stephen D. Riden
John Gutowski