# EXHIBIT C



**Volpe and Koenig, P.C.**

United Plaza, Suite 1600
30 South 17th Street
Philadelphia, PA 19103

Telephone: +1-215-568-6400
Facsimile: +1-215-568-6499
www.volpe-koenig.com

— BRINGING LAW TO YOUR IDEAS —

John J. O'Malley
JOMalley@volpe-koenig.com

March 7, 2008

Honorable Anita B. Brody
United States District Court
 For the Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street, Room 3033
Philadelphia, PA  19106

**VIA HAND DELIVERY**

Re: *Candela Corporation, et al. v. Palomar Medical Technologies, Inc.*
    U.S.D.C., E.D. Pa., Miscellaneous Docket No. 08-mc-14

Dear Judge Brody:

We are local counsel for Candela Corporation and The General Hospital Corporation d/b/a Massachusetts General Hospital in the above-identified miscellaneous action to enforce a subpoena. Pursuant to the Court's instruction during the March 4th hearing in the above-referenced matter, the parties have jointly prepared the enclosed proposed Order.

If the Court has any questions or requires additional information, please contact the undersigned.

Respectfully Submitted,

Volpe and Koenig, P.C.

By: /s/ John J. O'Malley
    John J. O'Malley

JJO/cah
Enclosure

cc:    All Counsel Of Record (via e-mail)

*Patents       Trademarks       Copyrights       Trade Secrets       Litigation       Licensing*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CANDELA CORPORATION, et al.,

                Plaintiffs,

v.

PALOMAR MEDICAL TECHNOLOGIES, INC.,

                Defendant.

MISCELLANEOUS DOCKET
No. 08-mc-14

## ORDER

This matter is before the Court on Plaintiffs' motion to compel Dr. David Vasily, a non-party resident of the Eastern District of Pennsylvania, to produce documents pursuant to a subpoena duces tecum. The subpoena seeks medical records, photographs, marketing and product information, and communications between Defendant and Dr. Vasily. Plaintiffs' motion to compel is allowed in part, and denied in part.

It is hereby ORDERED, that Dr. Vasily produce all materials requested by Plaintiffs relevant to marketing and any communications encouraging doctors to use Palomar products, which are the subject of Plaintiffs' underlying suit.

Dr. Vasily is further ORDERED to produce 10 to 12 patient records relating to any treatment of wrinkles or attempted treatment of wrinkles using an accused Palomar product. Dr. Vasily is not required to produce material related to any other forms of treatment involving the Palomar products, nor is he required to submit information about any other medical care he may have rendered. Furthermore, Dr. Vasily may exclude specific identification of patients, but an identification number should be provided for identification purposes, in the event there is any

necessary follow-up. Regarding photographs of patients, including pictures taken before and after treatment, the Court DENIES Plaintiffs' request for the material. At this stage of the case, the need to protect the identity and privacy of the non-party patients outweighs the relevancy and necessity of the photographs.

Regarding depositions, the Court finds that Dr. Vasily's deposition may be taken if Plaintiffs deem it necessary. However, the deposition shall last no longer than three hours.

                                                                          Anita B. Brody
                                                                          United States District Judge