# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Candela Corporation

                        Plaintiff,

v.                                                         Case No.: 1:08–cv–00949
                                                            Honorable Charles R. Norgle Sr.

Palomar Medical Technologies, Inc.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 12, 2008:

      MINUTE entry before Judge Morton Denlow :Motion hearing held on 3/12/2008 regarding motions to compel[7][9]. Motion to compel [7] is granted in part and denied in part as stated in open Court. Motion to compel [9] is granted in part and denied in part as stated in open Court. Status hearing reset to 4/8/2008 at 10:00 AM. Status hearing set for 3/27/08 is stricken.Mailed notice(dmk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.