# McKool Smith

A PROFESSIONAL CORPORATION • ATTORNEYS
399 Park Avenue
Suite 3200
New York, New York 10022

Robert A. Cote
Direct Dial: (212) 402-9402
rcote@mckoolsmith.com

Telephone: (212) 402-9400
Toll Free: (888) 978-0212
Telecopier: (212) 402-9444

April 8, 2008

Honorable Morton Denlow
United States District Court
  For the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: Candela Corporation v. Palomar Medical Technologies 1:08-cv-00949

Dear Judge Denlow:

We represent plaintiff Candela Corporation in the above-identified matter and submit this letter for use in today's status conference with the Court scheduled for 10:15 a.m. CST this morning.

The attached March 14, 2008 letter (Exhibit A) summarizes the results of the hearing before your Honor which took place on March 12 to compel compliance with Candela's subpoenas served on doctors Van Damm and Kovak in October 2007, as revised in December 2007. The purpose of the requested status conference was to ensure that the doctors have completed the document productions and depositions as ordered by the Court at the hearing on Candela's motion to compel.

Despite our requests over the past several weeks for both the document productions and depositions of the doctors to be completed by April 8, we have only recently received documents from the doctors-on Friday of last week and last night. However, we have not received (i) confirmation that all required documents identified in the attached March 14 letter have been produced, and (ii) have been unable to obtain dates of availability for the depositions of the doctors so that we may complete their depositions as ordered by the Court. We request the Court's assistance in obtaining both items.

Sincerely,

*Robert N Cote*

Robert A. Cote

RAC:ltl

cc: Stephen D. Riden (via email)