# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Candela Corporation

                        Plaintiff,

v.     Case No.: 1:08–cv–00949
      Honorable Charles R. Norgle Sr.

Palomar Medical Technologies, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Morton Denlow:Magistrate Judge Status hearing held on 4/8/2008. Status hearing set for 5/13/2008 at 10:15 AM. Dr. Stanley Kovak and Dr. David Vandam are to appear for their deposition at a mutually agreeable date and time on or before 5/6/08.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.