## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Candela Corporation
                                  Plaintiff,

v.                                                    Case No.: 1:08–cv–00949
                                                             Honorable Charles R. Norgle Sr.

Palomar Medical Technologies, Inc.
                                  Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 13, 2008:

      MINUTE entry before Judge Honorable Morton Denlow:Parties having indicated that discovery has been completed, all matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Status hearing set for 5/13/08 is stricken. Case no longer referred to Honorable Morton Denlow.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.